UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                :

UNITED STATES OF AMERICA                    :

               -v-                                    :                       15-CR-329 (JMF)

YAMILL IRIZARRY SANTANA,                 :                       <u>ORDER</u>

                 Defendant.                    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that the defendant in the above captioned case, USM Number 71338-054, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

       SO ORDERED.

Dated: June 17, 2020
       New York, New York
                                                     JESSE M. FURMAN
                                                   United States District Judge