UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA                    :

                                                  :

               -v-                    :             15-CR-329 (JMF)

                                                    :

YAMILL IRIZARRY,                        :                ORDER

                                                  :

                      Defendant.           :

                                                  :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The conference scheduled for **September 1, 2020**, at **1:00 p.m.** will be conducted as a videoconference using the CourtCall platform.  No later than **August 27, 2020**, defense counsel shall file a letter indicating whether he would like an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins (i.e., at **12:45 p.m.**) and, if so, what the telephone number at which he will be reachable.

       To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone.  Due to the limited capacity of the CourtCall system, only one counsel per party may participate.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 32091812# and PIN 9921299#.

       In advance of the conference, Chambers will email the parties with further information on how to access the conference.  Those participating by video will be provided a link to be pasted into their browser.  **The link is non-transferrable and can be used by only one person**;

further, it should be used **only** at the time of the conference because accessing it earlier may

cause disruptions to other proceedings.

To optimize use of the CourtCall technology, all those participating by video should:

1. Use the most recent version of Firefox, Chrome, or Safari as the web browser.  Do
   **not** use Internet Explorer.

2. Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned
   as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals
   may cause delays or dropped feeds.)

3. Minimize the number of others using the same WiFi router during the conference.

Further, all participants must identify themselves every time they speak, spell any proper names

for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of

those accessing the conference — whether in listen-only mode or otherwise — are reminded that

recording or rebroadcasting of the proceeding is prohibited by law.

If CourtCall does not work well enough and the Court decides to transition to its

teleconference line, counsel should call 888-363-4749 and use access code 5421540#.  (Members

of the press and public may call the same number, but will not be permitted to speak during the

conference.)  In that event, and in accordance with the Court's Emergency Individual Rules and

Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-jesse-m-

furman, counsel should adhere to the following rules and guidelines during the hearing:

1. Each party should designate a single lawyer to speak on its behalf (including
   when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of
   a speakerphone, and must mute themselves whenever they are not speaking to
   eliminate background noise.  In addition, counsel should not use voice-activated
   systems that do not allow the user to know when someone else is trying to speak
   at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript,
   counsel are *required* to identify themselves every time they speak.  Counsel

should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

To the extent that there are any documents relevant to the proceeding (e.g., proposed orders), counsel should submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

SO ORDERED.

Dated: August 26, 2020
New York, New York

JESSE M. FURMAN
United States District Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                    -v-

YAMILL IRIZARRY,

                           Defendant.
-------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**

**15-CR-329 (JMF)**

**Check Proceeding that Applies**

_____   Violation of Supervised Release

I am aware that I have been charged with violations of supervised release and that the Court has scheduled a conference to address the charges.  I have consulted with my attorney about those charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me so long as my attorney is able to participate in the proceeding on my behalf and I am able to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:

_____           _____
Print Name                                                              Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:

_____           _____
Print Name                                                              Signature of Defense Counsel

4

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.


Date:         _____
                   Signature of Defense Counsel



**Accepted:**     _____
                     Signature of Judge
                     Date: