UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
                                                                   :
              -v-                                 :         15-CR-329 (JMF)
                                                                   :
YAMILL IRIZARRY,                                                   :         <u>FORCE ORDER</u>
                                                                   :
            Defendant.                                           :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court hereby authorizes the United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Yamill Irizarry-Santana, from the Essex County Correctional Facility for a court appearance on September 10, 2020, and thereafter for proceedings in *United States* v. *Yamill Irizarry-Santana*, 15-CR-329 (JMF).  The Government shall provide a copy of this Order to the BOP and the Marshals Service.

        SO ORDERED.

Dated: September 9, 2020
       New York, New York                          JESSE M. FURMAN
                                                 United States District Judge