UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                             :
:
            -v-                                                      :     15-CR-329 (JMF)
:
YAMILL IRIZARRY,                                                     :     ORDER
:
                    Defendant.                                       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Based on the representations of counsel and the Court's own observations at the in-person proceeding held earlier today, the Court has reason to believe that Yamill Irizarry, the Defendant, is urgently in need of psychiatric evaluation and treatment. The Bureau of Prisons and/or the U.S. Marshal Service are hereby ORDERED to ensure that Mr. Irizarry promptly receives a psychiatric evaluation and any appropriate mental health treatment. The Government is further ORDERED to take reasonable steps to assist defense counsel in making sure that Mr. Irizarry receives the attention and care he needs.

      The parties shall submit a joint letter no later than **September 24, 2020**, updating the Court on the situation and providing their views on when and how (i.e., remotely or in person) the next conference should be held.

      SO ORDERED.

Dated: September 10, 2020
       New York, New York
                                                                  JESSE M. FURMAN
                                                                 United States District Judge