```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :    ORDER
                                    :
YAMIL IRIZARRY-SANTANA,             :    15 Cr. 329 (JMF)
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -X
```

For the reasons set forth in the Government's September 24, 2020 letter in the above-captioned case, and upon the Court having determined that the defendant is in need of psychiatric evaluation and treatment, *see* ECF No. 34, before additional proceedings against the defendant are scheduled in the above-captioned case, it is hereby

ORDERED, pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b), that the Essex County Correctional Facility shall provide to the Court, within 30 days of the date of this Order, a psychiatric examination report of the defendant, with a recommendation as to whether the defendant should be transferred to a Bureau of Prisons ("BOP") Federal Medical Center for further evaluation and treatment; and it is further

ORDERED, that Essex County Correctional Facility, the United States Marshals Service ("USMS"), and BOP shall continue providing the defendant with any appropriate mental health

treatment, as determined by mental health professionals.

Dated:  New York, New York
        September  24 , 2020

                                   _____
                                   HON. JESSE M. FURMAN
                                   UNITED STATES DISTRICT JUDGE