```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :      ORDER
                                    :
YAMIL IRIZARRY-SANTANA,             :      15 Cr. 329 (JMF)
                                    :
                  Defendant.        :
- - - - - - - - - - - - - - - - - -X
```

For the reasons discussed during the October 28, 2020 teleconference in the above-captioned case, and upon the Court's prior determination that the defendant is in need of psychiatric evaluation and possible treatment, *see* ECF No. 34, before additional proceedings against the defendant are scheduled, it is hereby:

ORDERED, that the Essex County Correctional Facility shall provide to the Court, within 14 days of the date of this Order, an update on the defendant's mental health status and treatment, including a description of whether the defendant has been taking his prescribed medications and any progress being made in the defendant's mental health treatment; and it is further

ORDERED, that the Essex County Correctional Facility shall submit to the Court, within 14 days of the date of this Order, pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b), a psychiatric examination report of the

defendant meeting the requirements set forth in Title 18, United States Code, Sections 4247(c)(1), (2), (3), and 4(A), along with a recommendation as to whether the defendant should be transferred to a Bureau of Prisons ("BOP") Federal Medical Center for further evaluation and treatment; and it is further

ORDERED, that Essex County Correctional Facility, the United States Marshals Service ("USMS"), and BOP shall continue providing the defendant with any appropriate mental health treatment, as determined by mental health professionals.

Dated:  New York, New York
        October 28, 2020

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE