# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 11, 2020

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Yamil Irizarry*, 15 Cr. 329 (JMF)**

Honorable Judge Furman:

I write on behalf of Mr. Irizarry to provide the Court with an update on the status of the Defense's proposal as to how to proceed in the above-captioned case.[1]

As Your Honor may be aware, in addition to the above-captioned matter, Mr. Irizarry has had several open cases in New York State courts, in both the Bronx and in Manhattan. It is my understanding that his Bronx case has been dismissed as of December 7, 2020. However, his Manhattan case remains open. Because I believe there is a detainer in that case, I am concerned that, should the Court release Mr. Irizarry before the Manhattan case is resolved, the implementation of any release plan we propose will be delayed until the Manhattan case is resolved. Further, after consultations with Mr. Irizarry's counsel in the Manhattan case, I understand that there has been difficulty producing Mr. Irizarry to court so that he may be arraigned on the charges pending against him.

It is my understanding that Mr. Irizarry's Manhattan case is currently set for arraignment on January 5, 2021, but that the parties are making efforts to advance the date of his production. I regret to report that, as of the time of this writing, I have no further information as to when Mr. Irizarry will be produced in New York State court.

However, because any New York State detainer would delay Mr. Irizarry's release from custody and frustrate the implementation of the aftercare plan we will propose that the Court order, I do not believe it prudent to proceed with the VOSR case currently before the Court until the New York State case has been resolved, or, at minimum, any detainer related to that matter is lifted.

---

[1] I am aware that this letter was to be filed by Thursday, December 10, 2020. I apologize for its lateness.

1

In light of the above, and with the consent of the Government, I respectfully request that the hearing in this matter, currently set for Tuesday, December 15, 2020 at 3:45 p.m. be adjourned to Wednesday, January 6, 2021, or at the earliest time thereafter that is available to the Court. In the event Mr. Irizarry's Manhattan arraignment is advanced to an earlier date, I will inform the Court by letter, and would request this matter to be rescheduled sooner than January 6, 2021.

I have discussed this request with Assistant United States Attorney David Robles, who consents to the requested adjournment on behalf of the Government.

Thank you for considering this request.

Respectfully Submitted,

_____/s/_____
Christopher A. Flood
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8734

cc:     AUSA David Robles (*by ECF*)

Application GRANTED.  The conference is ADJOURNED to January 7, 2021, at 2:15 p.m.  Counsel should promptly advise the Court if there is any material change in the situation and/or if they believe the conference should be changed. The Clerk of Court is directed to terminate ECF No. 49.

SO ORDERED.

December 14, 2020

2