**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 6, 2021

*VIA ECF*
Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:  *United States v. Yamil Irizarry*
     15 Cr. 329 (JMF)

Dear Judge Furman:

I write to respectfully request that the Court adjourn the conference currently scheduled in this matter for tomorrow, January 7, 2021 for at least one week. As Your Honor may recall, tomorrow's conference was originally scheduled to follow Mr. Irizarry's appearance in New York State court on January 4, 2021. The parties have confirmed, however, that Mr. Irizarry's state court appearance did not take place on January 4, 2021, but that he is now scheduled to appear in state court on Tuesday, January 12, 2021.

Accordingly, the parties request that this matter be scheduled for the earliest available date following January 12, 2021, at which time Mr. Irizarry consents be produced by video from the Essex County correctional facility.

Respectfully Submitted,

/s/
Christopher A. Flood
Federal Defenders of New York
Counsel for Mr. Yamil Irizarry

cc:   AUSA David Robles, Esq. (ECF)

Application GRANTED. The conference is hereby ADJOURNED to January 21, 2021, at 2:30 p.m. When the Court confirms whether it receives a videoconference slot for that time, it will issue an order regarding access to the conference. The Clerk of Court is directed to terminate Doc. #55. SO ORDERED.

January 6, 2021