**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2021

*VIA ECF*
Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y.  10007

      Re:    *United States v. Yamil Irizarry*
             15 Cr. 329 (JMF)

Dear Judge Furman:

I write to respectfully request that the Court order that Mr. Irizarry be released with a 30-day supply of medication, and subject to the following conditions:

- Adhere to all conditions imposed on the June 17, 2020 Judgment, and;
- Check in with Probation within 48 hours of release, in-person, where he will pick up a cellphone with video capabilities, to be provided by his counsel;
- Seek shelter placement through Bellevue men's shelter, located at 400 East 30th Street, New York, NY 10016;
- Adhere to shelter schedule/curfew;
- Observe 14 days of quarantine at the shelter placement;
- Home detention with location monitoring, to be installed by Probation following Mr. Irizarry's quarantine, with video check-ins during Mr. Irizarry's quarantine period;
- Travel restricted to SDNY/EDNY;
- Surrender any travel documents;
- Continue mental health treatment;
- Regular check-ins with Probation, as directed by Probation;
- Abide by any active orders of protection.

Additionally, the parties request that the next appearance in this matter be scheduled for a date convenient to the Court during either the week of March 1, 2021, or March 8, 2021.

Thank you for considering this request.

                                                Respectfully Submitted,

                                                         /s/
                                                Christopher A. Flood
                                                Federal Defenders of New York
                                                Counsel for Mr. Yamil Irizarry

cc:    AUSA David Robles, Esq. (ECF)

The Court's staff confirmed that this application is made without objection from the Government. The application is GRANTED. The Defendant should be released as soon as possible - but not without the 30-day supply of his medication. Defense counsel shall make his best efforts to arrange for the Defendant's release and to help the Defendant comply with the conditions of his release set forth above.

A conference is hereby scheduled for March 8, 2021, at 3:30 p.m. (Unless and until the Court orders otherwise, that conference will be held in-person, but that is obviously subject to COVID-19 concerns.) The Clerk of Court is directed to terminate Doc. #58. SO ORDERED.

*[Signature]*

January 29, 2021