UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA              :
: 
            -v-                   :                15-CR-329 (JMF)
: 
YAMILL IRIZARRY,                 :                 ORDER
: 
               Defendant.       :
: 
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

At the request of the Probation Office, Mr. Irizarry shall be removed from the location
monitoring program.  The device may be removed on June 9, 2021.

SO ORDERED.

Dated: June 8, 2021
      New York, New York                         JESSE M. FURMAN
                                      United States District Judge