**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2022

**VIA ECF**
Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> Application GRANTED. The conference is hereby ADJOURNED to May 2, 2022, at 11:00 a.m.. The Clerk of Court is directed to terminate Doc. #78. SO ORDERED.
>
> [signature]
>
> March 25, 2022

Re:   *United States v. Yamil Irizarry*
      **15 Cr. 329 (JMF)**

Dear Judge Furman:

I write to respectfully request that the Court adjourn the conference currently scheduled in this matter for Monday, March 28, 2022, for thirty days. The parties are working to determine appropriate next steps but have not yet reached an agreement.

Accordingly, the parties request that this matter be adjourned for thirty days.

Respectfully Submitted,

/s/
Christopher A. Flood
Federal Defenders of New York
Counsel for Mr. Yamil Irizarry

cc:   AUSA David Robles, Esq. (ECF)