UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>YAMILL IRIZARRY,<br><br>                    Supervisee. | 15-CR-329 (JMF)<br><br>ORDER |

Jesse M. Furman, U.S. District Judge:

      IT IS HEREBY ORDERED:  For the reasons stated during Court proceedings held on May 2, 2022, the Supervised Release Conditions are modified to include the following special condition:

The supervisee, Yamil Irizarry (SSN ███████; DOB ███████), will participate and successfully complete 90 days of detoxification and rehabilitation serves at Samaritan Daytop Village, Fox Run facility, located at 190 Fox Hollow Road, Rhinebeck, New York 12572.

Dated: July 8, 2022
       New York, New York

                                                      Jesse M. Furman
                                                      U.S. District Judge