

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2022

**BY ECF**
The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Yamil Irizarry-Santana*, 15 Cr. 329 (JMF)

Dear Judge Furman:

    The Government writes to respectfully request an adjournment of the conference currently scheduled in this matter for August 31, 2022, until the afternoon of September 6, 2022 or any date thereafter that is convenient for the Court. The Government understands that United States Probation Officer Courtney Cooke is not available on August 31. There have been no previous requests for an adjournment of this conference, and counsel for Mr. Irizarry-Santana does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Alexandra S. Messiter
    Alexandra S. Messiter
    Assistant United States Attorney
    (212) 637-2544

Application GRANTED. The conference currently scheduled for August 31, 2022, is adjourned to **September 6, 2022, at 2:30 p.m.** The Clerk of Court is directed to terminate ECF No. 89. SO ORDERED.

/s/ Jesse M. Furman

August 26, 2022

cc: All counsel (by ECF)