UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA              :

          -v-                                           :        15-CR-329 (JMF)

YAMILL IRIZARRY,                       :        <u>ORDER</u>

                    Defendant.        :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As set forth in the Judgment to be docketed today, the defendant in the above captioned case, USM Number 71338-054, has been sentenced to a term of imprisonment of "Time Served" plus one day and shall be produced to the U.S. Courthouse, 500 Pearl Street, on September 21, 2022, for release to defense counsel through the U.S. Marshal Service on the 4th floor.

       SO ORDERED.

Dated: September 20, 2022
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge